I, Kelly Ann M. desRosiers, being over the age of 18, make the following statements under penalty of perjury.

- I am in good standing of the bar(s) of the state(s) of:
    - Florida (Bar No. 1017878)

        -Middle District of Florida

        - Northern District of Florida

        -Southern District of Florida

    - Washington D.C. (Bar No. 90032232)
- There are no pending disciplinary proceedings against me in any state or federal court.
- I have never been convicted of a felony.
- I have never been censured, suspended, disbarred or denied admission or readmission by any court.

## NOTARY ACKNOWLEDGEMENT

COUNTY OF _Palm Beach_ )

) SS:

STATE OF _Florida_ )

I HEREBY CERTIFY that on this day, before me, an officer duly authorized to take acknowledgements, personally appeared _Kelly Ann desRosiers_ who is personally known to me, or provided identification in the form of _____, and who swore or affirmed and subscribed the foregoing instrument this _11th_ day of _August_, 2025.

_[signature]_
Notary Public
Print Name: _Margaret Sherman_
My Commission Expires: _2/28/27_
Stamp (if applicable):

MARGARET LEIGH SHERMAN
Notary Public
State of Florida
Comm# HH367746
Expires 2/28/2027