# Exhibit "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STUDIO GIRAFFE LLC and THOMAS
SILVERMAN,

     Plaintiffs,

v.                                    Case No. 1:25-cv-05322-RA

JAVLON NIZOMOV,

     Defendant.
_____/

## AFFIDAVIT OF JAVLON NIZOMOV IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, JAVLON NIZOMOV, hereby declare that I am a resident of the State of Florida, am over the age of 18, and make the following declarations under the penalty of perjury:

1. I have been named in my individual capacity in the foregoing litigation and if called upon to testify in this matter, I could and would testify competently to the following under oath.

2. I have no connections to the State of New York.

3. I have no physical presence in the State of New York nor do I own any assets within the State of New York.

4. I do not have any agents or representatives located in the State of New York.

5. I do not conduct or engage in any personal or business ventures within the State of New York.

6. I have not committed any tortious act within the State of New York.

7. I have not caused any injury to any person or property within the State of New York.

8. I have never entered into any agreement or contracts that bind me to the jurisdiction of the State of New York.

9. I have never performed any work within the State of New York.

10. I have never participated in, authorized or directed commercial activity targeting consumers or partners within the State of New York.

11. I developed a drawing system game within the online website www.Roblox.com, which is an online platform and user-generated game creation system ("Platform").

12. I do not own or operate an individual website, but merely a profile on this Platform.

13. There are certain options for users to make purchases within the game, however this is done directly with the Platform. I, in no way, solicit users or request they make any purchases.

14. More specifically, I do not utilize this Platform to purposefully avail myself or target consumers within the State of New York.

15. I do utilize the Developer Exchange program through the Platform but all work is performed with the State of Florida and I do not solicit or direct any of my services to anyone within the State of New York, in fact any monies earned through this program are paid by Roblox, which is a California based entity.

16. The code I developed, which is known as Speed Draw!, ("Code") was never targeted or directed toward consumers within the State of New York.

17. This Code was never purposefully targeting or directed toward any persons in the State of New York.

18. I have not filed any formal trademark or copyright claims nor initiated any disputes concerning my intellectual property against Plaintiff, in fact, Plaintiff sued me.

19. To reiterate, I have no contacts with the State of New York and am based and reside solely within the State of Florida.

20. Being forced to litigate and participate in a lawsuit in a venue that I have no connection, contact, presence, or any affiliation with whatsoever would be unfair but a significant financial, emotional and physical burden.

21. Plaintiff operates across the United States, including the State of Florida and also expressly targets and solicits to consumers within the State of Florida.

I HEREBY DECLARE UNDER PENALTY OF PERJURY AND PURSUANT TO 28 U.S.C. §1746 THE FOREGOING IS TRUE AND CORRECT.

*[signature]*
JAVLON NIZOMOV

[NOTARY STAMP ON FOLLOWING PAGE]

_[signature]_
JAYLON NIZOMOV

**State of Florida**

County of: Broward

This record was acknowledged before me on Aug 28 2025 by Javlon Nizomon

_[signature]_
Notary's Official Signature
Title of Office: UPS Store

My Commission Expires: 08/11/29

Notary Public State of Florida
Vershaun Smith
My Commission HH 698863
Expires 8/11/2029