

477 Madison Avenue
6th Floor
New York, NY 10022

917.997.7677
aross@RKPlawgroup.com

**Alex K. Ross**

January 29, 2026

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    **Studio Giraffe, LLC v. Javlon Nizomov**
                  **No. 25-cv-5322 (RA)**

Dear Judge Abrams:

      This firm is co-counsel for Plaintiffs Studio Giraffe LLC and Thomas Silverman. We respectfully request a pre-motion conference pursuant to Your Honor's Individual Rules based on newly discovered conduct by Defendant that materially escalates this dispute.

      Plaintiffs recently learned that Defendant has launched a nearly identical game on the Roblox platform that closely copies Speed Draw!'s core gameplay mechanics, visual presentation, color schemes, sound effects, timing, and overall user experience. Defendant's competing product appears deliberately designed to trade on Speed Draw!'s goodwill and user base and is causing ongoing and irreparable harm, and confusion within the marketplace. As a result, Plaintiff's co-counsel recently filed a DMCA Takedown notice with the Roblox Copyright Agent, and that remains pending.

      In light of these developments, Plaintiffs seek the Court's guidance as to whether they should move for preliminary injunctive relief and/or seek leave to amend the Complaint to assert additional claims arising from Defendant's newly launched game. We believe that a brief conference would assist in efficiently addressing scope, sequencing, and timing, particularly given the need to prevent continuing market confusion and damage to Plaintiffs' business.

The parties shall appear for a status conference on February 5, 2026, at
2:00 p.m. Unless the parties request otherwise, the Court will hold this
conference by telephone. The parties shall use the following dial-in
information to call in to the conference: Call-in Number: (855) 244-8681;
Meeting ID: 23055424735. This conference line is open to the public.

SO ORDERED.

_____
Hon. Ronnie Abrams
January 30, 2026

Hon. Ronnie Abrams
January 28, 2026
Page 2

      We have conferred with Defendant's counsel, who consents to this request. Plaintiffs are available at the Court's convenience.

                                        Respectfully submitted

                                        ROSS KATZ & PACHNANDA PLLC

                                        */s/*    *Alex K. Ross*
                                                  Alex K. Ross

cc:      all counsel via ECF