UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

STUDIO GIRAFFE LLC and THOMAS
SILVERMAN,

                                    Plaintiffs,                          25-CV-05322 (RA)(SN)

            -against-                                                    **ORDER**

JAVLON NIZOMOV,

                                    Defendant.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Because the parties are continuing to engage in settlement negotiations, the case is

STAYED for 30 days.

Further, a remote conference to continue settlement discussions is scheduled for

Thursday, March 19, 2026, at 11:00 a.m. At that time, counsel for the parties should dial into the

Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008.

Only counsel for the parties is required to attend this conference.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:        March 13, 2026
              New York, New York